IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LOFTIS, | 1:07-cv-1603-OWW-TAG (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| ALMAGER, Warden, | (Doc. 13) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 22, 2008, Petitioner filed a motion to extend time to file a traverse. (Doc. 13).  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated: **May 27, 2008**     **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE